# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Bernadette Jackson<br><br>     Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>     Defendant. | Case No. 1:15-cv-00372-PLM<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

     Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                             RESPECTFULLY SUBMITTED,

                                             Hyslip & Taylor, LLC, LPA

                                             By: /s/ Jeffrey S. Hyslip
                                             Jeffrey S. Hyslip
                                             Attorney for Plaintiff
                                             1100 W. Cermak Rd., Suite B410
                                             Chicago, IL  60608
                                             Phone: 312-380-6110
                                             Email: Jeffrey@lifetimedebtsolutions.com

Date: April 30, 2015

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

*VIA US MAIL*

Benjamin Hutnick
Berman & Rabin, P. A.
15280 Metcalf
Overland Park, KS  66223

Counsel for:
Stellar Recovery, Inc.                                                      /s/ Jeffrey S. Hyslip

2